AARON D. FORD
  Attorney General
KATLYN M. BRADY (Bar No. 14173)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., #3900
Las Vegas, Nevada 89101
(702) 486-0661 (phone)
(702) 486-3773 (fax)
Email: katlynbrady@ag.nv.gov

*Attorneys for Defendants*
*James Dzurenda and Brian Williams*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LARRY BARBER,<br><br>               Plaintiff,<br><br>vs.<br><br>KILIAN LEE, *et al.*,<br><br>               Defendants. | Case No.  2:17-cv-03135-GMN-DJA<br><br>**JOINT STATUS REPORT** |

Defendants, James Dzurenda and Brian Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Katlyn M. Brady, Deputy Attorney General, and Plaintiff Larry Barber, *pro se*, submit this Joint Status Report pursuant to ECF No. 62.

On August 25, 2020, this Court granted the parties' Stipulation of Dismissal as to Defendants James Dzurenda and Brian Williams. ECF No. 60.

On August 26, 2020, this Court entered an order noting that the Stipulation of Dismissal did not include whether the dismissal included Killian Lee. ECF No. 62. The

///

Court then ordered the parties to submit a status report detailing how the parties intended to proceed with respect to Killian Lee.[1] *Id.*

In accordance with this Court's order, the parties provide this joint status report.

The settlement agreement between Plaintiff Larry Barber (Barber) and Defendants included in the agreement that any claims against current or former Nevada Department of Corrections (NDOC) employees would be dismissed with prejudice. Accordingly, the parties request this Court enter an order dismissing the allegations against Killian Lee with prejudice. As there are no remaining Defendants, this matter should be closed.

* * *

DATED this _____ day of September, 2020.     DATED this 14th day of September, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　AARON D. FORD
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney General

By: _____     By: /s/ Katlyn M. Brady
　　LARRY BARBER　　　　　　　　　　　　　KATLYN M. BRADY
　　*Plaintiff*　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

**IT IS HEREBY ORDERED** that the claims against Defendant Killian Lee are **DISMISSED with prejudice**. The Clerk's Office shall enter judgment accordingly.

Dated this  17  day of November, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

---

[1] Killian Lee is a former employee of the Nevada Department of Corrections. Lee was not served in this case/matter and has made no appearances in this case.

Court then ordered the parties to submit a status report detailing how the parties intended to proceed with respect to Killian Lee.[1] *Id.*

In accordance with this Court's order, the parties provide this joint status report.

The settlement agreement between Plaintiff Larry Barber (Barber) and Defendants included in the agreement that any claims against current or former Nevada Department of Corrections (NDOC) employees would be dismissed with prejudice. Accordingly, the parties request this Court enter an order dismissing the allegations against Killian Lee with prejudice. As there are no remaining Defendants, this matter should be closed.

* * *

DATED this 14th day of September, 2020.          DATED this _____ day of September, 2020.

                                                                                            AARON D. FORD
                                                                                            Attorney General

By: _/s/ Larry Barber_____            By: _____
     LARRY BARBER                                        KATLYN M. BRADY
     Plaintiff                                                      Deputy Attorney General
                                                                       Attorneys for Defendants


IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED: _____

---

[1] Killian Lee is a former employee of the Nevada Department of Corrections. Lee was not served in this case/matter and has made no appearances in this case.